JARVIS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1902.) Action by Estelle L. Jarvis against the Metropolitan Street Railway Company. No opinion. Motion denied.